UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DEREK HOUNSHEL,<br><br>                Plaintiff,<br><br>v.<br><br>BATTELLE ENERGY ALLIANCE, LLC,<br><br>                Defendant. | Case No.: 4:11-cv-00635-BLW<br><br>**JUDGMENT ON JURY VERDICT** |

This action came for jury trial before the Honorable B. Lynn Winmill from November 18, 2013 through November 25, 2013. The issues having been tried and the jury having returned its verdict in favor of the Plaintiff Derek Hounshel,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Derek Hounshel recover from Defendant Battelle Energy Alliance, LLC the sum of $99,944.19 with interest thereon at the rate of 0.13 % per annum as provided by law, and his costs in the action.

Dated this 3rd day of December, 2013.

CLERK OF THE COURT

BY: *Jamie L. Dearhart*
Deputy Clerk